# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MATTHEW W. BARNETT                                                                                   PLAINTIFF

v.                                        NO. 4:13CV00347 SWW

AMERICOM BANK and DIRECT EXPRESS                                                    DEFENDANTS
PAYMENT PROCESSING SERVICES

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. after a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions for writ of mandamus filed by plaintiff Matthew W. Barnett are denied. See Documents 10 and 12. Plaintiff's motion to stay the proceedings [doc.#17-18] is denied.

IT IS SO ORDERED this 20th day of August 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE