IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATTHEW W. BARNETT                                                    PLAINTIFF

v.                      NO. 4:13CV00347 SWW

AMERICOM BANK and DIRECT EXPRESS                     DEFENDANTS
PAYMENT PROCESSING SERVICES

### ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions to amend and for joinder filed by plaintiff Matthew W. Barnett ("Barnett") are granted. <u>See</u> Document 41, 48. Defendants Americom Bank ("Americom") and Direct Express Payment Processing Services ("Direct Express") are dismissed without prejudice from this case. Comerica, Inc., is added as the lone defendant. In addition, Barnett's motions for default judgment against Americom and Direct Express, to amend his motion for default judgment, for the entry of a clerk's default, and for preliminary injunction are denied. <u>See</u> Document 27, 30, 35, 54.

IT IS SO ORDERED this 25th day of October 2013.

                                            <u>/s/Susan Webber Wright</u>
                                            UNITED STATES DISTRICT JUDGE