# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MATTHEW W. BARNETT                                                                                          PLAINTIFF

v.                                      NO. 4:13CV00347 SWW

AMERICOM BANK and DIRECT EXPRESS                                                              DEFENDANTS
PAYMENT PROCESSING SERVICES

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  The Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendant Comerica, Inc., ("Comerica") is granted. See Document 80.  The motion for summary judgment filed by plaintiff Matthew W. Barnett is denied. See Document 89.  His complaint is dismissed, and judgment will be entered for Comerica.

IT IS SO ORDERED this 14th day of February 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE